Dismissed and Opinion filed September 12, 2002









Dismissed and Opinion filed September 12, 2002.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00341-CV

____________

 

THE
PAIN INSTITUTE OF TEXAS, P.A. and SHAFFIN A. MOHAMED, M.D.,
Appellants

 

V.

 

ROMANA
CASTRO, Appellee

 



 

On Appeal from the 133rd District Court

Harris
County, Texas

Trial Court Cause No. 00-28574

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed December 31, 2001.

On September 6, 2002, the parties filed a joint unopposed
motion to dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion
filed September 12, 2002.

Panel consists of Justices
Edelman, Seymore, and Guzman.

Do Not Publish C Tex. R. App. P. 47.3(b).